78 A.3d 527

IN THE MATTER OF JOEL LEE SCHWARTZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 046611995).

January 10, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–142, concluding that **JOEL LEE SCHWARTZ** of **NORTHFIELD,** who was admitted to the bar of this State in 1995, should be censured for violating *RPC* 1.5(c) (failure to provide client with a written statement of the outcome of the matter and showing the remittance to the client and the method of its determination), *RPC* 1.7 (conflict of interest), *RPC* 1.8(a) (improperly entering into a business transaction with a client), and *ACPE Opinion 657,* 130 *N.J.L.J.* 656 (February 24, 1992) (requiring lawyers to keep their law practices separate from their business enterprises), and good cause appearing;

It is ORDERED that **JOEL LEE SCHWARTZ** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.